| | |
|---|---|
| 1 | MEGAN K. DORSEY, ESQ. |
| | State Bar No. 131927 |
| 2 | KOELLER NEBEKER CARLSON & HALUCK, LLP |
| | 3010 Lava Ridge Court, Suite 160 |
| 3 | Roseville, CA 95661 |
| 4 | |
| | 300 South Fourth Street, Suite 500 |
| 5 | Las Vegas, NV 89101 |
| | Phone: (702) 853-5500 |
| 6 | Fax: (702) 853-5599 |
| | Attorneys for Defendant |
| 7 | LIBERTY MUTUAL FIRE INSURANCE COMPANY |

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| OWEN BARBER and SUSAN BARBER, | ) | CASE NO. 2:09-CV-00893-MCE-EFB |
| | ) | |
| Plaintiffs, | ) | **STIPULATION AND ORDER FOR** |
| | ) | **DISMISSAL WITH PREJUDICE** |
| vs. | ) | |
| | ) | |
| LIBERTY MUTUAL FIRE INSURANCE | ) | |
| COMPANY and DOES 1-25, INCLUSIVE, | ) | |
| | ) | |
| Defendants. | ) | |

**IT IS HEREBY STIPULATED BY AND BETWEEN**, Plaintiffs, OWEN BARBER and SUSAN BARBER, and Defendant, LIBERTY MUTUAL FIRE INSURANCE COMPANY,

//

//

//

//

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| 1 | that Plaintiffs will dismiss their Complaint against Defendant with prejudice, each party to bear |
| 2 | its own fees and costs. |

3  DATED this 29th day of January, 2010.   DATED this 29th day of January, 2010.

4  SHEPARD & HAVEN, LLP.                    KOELLER, NEBEKER, CARLSON
5                                           & HALUCK, LLP

6  By: /s/ Stanely R. Parrish               By: /s/ Megan K. Dorsey
       STANLEY R. PARRISH, ESQ.                  MEGAN K. DORSEY, ESQ.
7      Nevada Bar No. 137624                     State Bar No. 131927
       Attorneys for Plaintiffs                  Attorneys for Defendant
8

### ORDER

**IT IS SO ORDERED.** The Clerk of Court is hereby directed to close this file.

DATED: February 8, 2010

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

Respectfully Submitted By:

KOELLER, NEBEKER, CARLSON
& HALUCK, LLP


By: /s/ Megan K. Dorsey
    MEGAN K. DORSEY, ESQ.
    State Bar No. 131927
    3010 Lava Ridge Court, Suite 160
    Roseville, CA 95661
    300 South Fourth Street, Suite 500
    Las Vegas, NV  89101
    Attorneys for Defendant

64826-1

PDF created with pdfFactory trial version www.pdffactory.com